**William PLEDGER, III, Appellant,**

v.

**PULASKI COUNTY CIRCUIT COURT,**
**Seventh Division; State of**
**Arkansas, Appellee.**

**No. 01–3708.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 5, 2002.

Filed April 8, 2002.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Judge for the District of Nebraska.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

William Pledger, III purports to appeal from the district court's dismissal of Pledger's complaint. Having carefully reviewed the record, we observe that the district court has not entered a separate judgment, as required by Federal Rule of Civil Procedure 58. Accordingly, Pledger's appeal is premature, and we dismiss without prejudice to the taking of an appeal once the district court enters judgment on a separate document. *See Sanders v. Clemco Indus.*, 862 F.2d 161, 166–67 (8th Cir.1988).